# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:22-M -00609(1) |
| | § | |
| (1) Abdul-Rahman Umar | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 13, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On March 13, 2022, the DEFENDANT, Umar, Abdul-Rahman, entered the United States illegally by wading across the Rio Grande River from Mexico to Del Rio, Texas and failed to report to immigration officials at an official Port of Entry to avoid scrutiny by officers at the Port of Entry. Umar, was apprehended shortly after crossing the Rio Grande River and provided a sworn statement to Immigration Officials in which he admitted that he entered*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Lozano, Bruno
Border Patrol Agent

03/23/2022                                    at   DEL RIO, Texas
File Date                                          City and State

COLLIS WHITE                                       _____
UNITED STATES MAGISTRATE JUDGE                     Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M-00609(1)

(1) Abdul-Rahman Umar

**Continuation of Statement of Facts:**

the United States illegally. Subject was apprehended in Del Rio, Texas located in the Western District of Texas."

_____  _____
Signature of Judicial Officer  Signature of Complainant