# United States District Courts
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Abdul-Rahman Umar | Case Number:<br>DR:22-M -00609(1) |

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     <u>(1) Abdul-Rahman Umar</u>
                                                                                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*On March 13, 2022, the DEFENDANT, Umar, Abdul-Rahman, entered the United States illegally by wading across the Rio Grande River from Mexico to Del Rio, Texas and failed to report to immigration officials at an official Port of Entry to avoid scrutiny by officers at the Port of Entry. Umar, was apprehended shortly after crossing the Rio Grande River and provided a sworn statement to Immigration Officials in which he admitted that he entered the United States illegally. Subject was apprehended in Del Rio, Texas located in the Western District of Texas.*

in violation of Title    **19**    United States Code, Section(s)    **1459(a)**

| | |
|---|---|
| COLLIS WHITE | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | March, 23, 2022 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____ by _____
                                                                   Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>March 23, 2022 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>March 13, 2022 | Lozano, Bruno<br>Border Patrol Agent | *[signature]* |